VICTOR LUCIANI *v.* JEANNE MARIE DANA ET AL.
(3229)

BORDEN, DALY and BIELUCH, Js.

Argued January 7—decision released January 9, 1987

*Chester J. Bukowski, Jr.,* for the appellants (defendants).

*Edward R. Karazin, Jr.,* for the appellee (plaintiff).

PER CURIAM. There is no error.